# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**DORIS WRIGHT,**                                                                 **PLAINTIFF,**

**VS.**                                   **CIVIL ACTION NO. 2:06CV60-P-A**

**BOYD TUNICA, INC. d/b/a**
**SAM'S TOWN CASINO AND RESORT,**                     **DEFENDANT.**

## ORDER

This matter comes before the court upon Plaintiff's Motion to Dismiss Defendant Boyd Gaming Corporation Only [6-1]. Upon due consideration of the motion, the court finds as follows, to-wit:

Given that the defendants have filed no answer or other responsive pleadings, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff has the right to voluntarily dismiss her claims against a defendant without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Dismiss Defendant Boyd Gaming Corporation Only [6-1] is **GRANTED**; therefore,

(2) All of the plaintiff's claims against Defendant Boyd Gaming Corporation are hereby **DISMISSED WITHOUT PREJUDICE**; and

(3) The plaintiff's claims against Defendant Boyd Tunica, Inc. remain.

**SO ORDERED** this the 25th day of May, A.D., 2006.

                                                                   /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE